IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RUSSELL NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>INTERMOUNTAIN HEALTHCARE,<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:25-cv-00633-AMA-DBP<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |

    Before the Court is the Report and Recommendation issued by Chief United States Magistrate Judge Dustin B. Pead on November 12, 2025, recommending the Court dismiss this action because Plaintiff has failed respond to Defendant's Motion to Dismiss and the Complaint fails to state a claim for relief.[1] The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service.[2] No party has filed any objection or made any other filing.

    Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court adopts the recommendation, finding Plaintiff's action should be dismissed because Plaintiff has failed to respond to Defendant's Motion. The Court is mindful, as was the Magistrate Judge, that the Court "may not grant a 12(b)(6) dismissal based solely on the plaintiff's failure to respond . . ." and must instead review the Complaint to "determine whether the plaintiff has stated a claim upon which relief can be granted." *Persik v.*

---

[1] *See* Report and Recommendation (ECF No. 21).

[2] *See id.* at 4.

*Manpower Inc.*, 85 F. App'x 127, 130 (10th Cir. 2003). As the Magistrate Judge noted, the Complaint fails to allege facts sufficient to show that Plaintiff has met the prelitigation requirements for filing a medical malpractice claim, which requirements must be completed before a plaintiff may pursue such a claim in court. Accordingly, the Complaint fails to state a viable claim for relief.

## **ORDER**

Based on the above, the Court ADOPTS the Report and Recommendation (ECF No. 21), ORDERS this action be DISMISSED for failure to state a claim upon which relief can be granted; and

FURTHER ORDERS Plaintiff's Motion for Leave to Proceed in forma pauperis be DENIED as MOOT.

The Clerk shall enter judgment accordingly.

DATED this 5th day of December 2025.   By the Court:

Ann Marie McIff Allen
United States District Judge